UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD WALKER,<br><br>                    Plaintiff,<br>v.<br><br>G.J. GIURBINO, Warden, et al.,<br><br>                    Defendants. | Civil No.06cv582-BEN(NLS)<br><br>**ORDER DENYING PLAINTIFF'S MOTION FOR ENTRY OF DEFAULT JUDGMENT**<br><br>[Doc. No. 12] |

On March 17, 2006, Plaintiff, an inmate currently incarcerated at Centinela State Prison located in Imperial, California and proceeding *pro se*, filed a civil rights Complaint pursuant to 42 U.S.C. § 1983. The Court dismissed Plaintiff's Complaint for failing to state a claim upon which § 1983 relief could be granted pursuant to 28 U.S.C. §§ 1915(e)(2) & 1915A(b). *See* May 31, 2006 Order at 6, Doc. No. 4. Plaintiff was granted forty five days to file a First Amended Complaint correcting the deficiencies of pleading identified by the Court. *Id.* On July 11, 2006, Plaintiff filed his First Amended Complaint ("FAC") [Doc. No. 6].

On November 8, 2006, Plaintiff filed a Motion for Default Judgment [Doc. No. 12], requesting that the Court enter a judgment of default in favor of Plaintiff and against Defendants. However, on December 13, 2006, the Court dismissed Plaintiff's FAC for once again failing to state a section 1983 claim upon which relief may be granted. *See* December 13, 2006 Order at 5, Doc. No. 13. Plaintiff was granted forty five days to file a Second Amended Complaint. *Id*.

/ / /

1       Because Plaintiff's FAC has been dismissed in its entirety, and no responsive pleading is
2 required of Defendants at this time, Plaintiff cannot meet the threshold procedural requirements for
3 entry of default pursuant to Federal Rule of Civil Procedure 55(a).  Accordingly, Plaintiff's Motion for
4 Default Judgment is hereby **DENIED**.

5       **IT IS SO ORDERED**.

6 DATED: December 29, 2006

                                        Hon. Nita L. Stormes
                                        U.S. Magistrate Judge